UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL LEONARD,

        Plaintiff,

    v.

THE BOEING COMPANY,

        Defendant.

C19-956 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's Motion to Dismiss, docket no. 13, is GRANTED in part and DENIED in part as follows:

    (a) Plaintiff has abandoned his claim for negligent infliction of emotional distress, and the claim is DISMISSED with prejudice. *See* Pltf.'s Response, docket no. 16, at 8.

    (b) Plaintiff's claim for age discrimination is DISMISSED without prejudice. Plaintiff has not alleged facts plausibly indicating he was terminated because of his age. Plaintiff may file an amended complaint within 20 days of the date of this Minute Order.

    (c) Defendant's motion to dismiss Plaintiff's claim for breach of contract is DENIED. Assuming the truth of the allegations in Plaintiff's complaint, Plaintiff has not failed to state a plausible claim for breach of contract. *See Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007). The cases Defendant cites were decided on motions for summary judgment after the parties engaged in discovery and developed the relevant facts and do not foreclose Plaintiff's claim at this stage of the proceedings. *Cf.*

MINUTE ORDER - 1

*Mikkelsen v. Public Util. No. 1 of Kittitas Cnty.*, 189 Wn.2d 516 (2017); *Quedado v. Boeing*, 168 Wn. App. 363 (2012); *Drobny v. Boeing*, 80 Wn. App. 97 (1995).

  (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

  Dated this 26th day of August, 2019.

            William M. McCool
            Clerk

            s/Karen Dews
            Deputy Clerk

MINUTE ORDER - 2