The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL LEONARD,<br><br>        Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>        Defendant. | Case No. 2:19-cv-956-TSZ<br><br>**STIPULATED MOTION AND ORDER TO EXTEND BOEING'S DEADLINE TO FILE RESPONSIVE PLEADING** |

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff Daniel Leonard ("Plaintiff") and Defendant The Boeing Company ("Boeing") (together, the "Parties") hereby submit this Stipulated Motion for Extension of Boeing's Deadline to File Responsive Pleading. In support, the Parties state as follows:

1. On August 26, 2019, the Court issued a Minute Order granting in part and denying in part Boeing's Motion to Dismiss Plaintiff's Complaint. (Dkt. 19.)

2. As to Plaintiff's claim for age discrimination, which the Court dismissed without prejudice, the Court stated that Plaintiff may file an amended complaint within 20 days of its Minute Order—*i.e.*, by September 16, 2019 (*see* Fed. R. Civ. P. 6(a)(1)(C)).

3. Plaintiff is continuing to evaluate whether to file an amended complaint and, if he elects to do so, will file an amended complaint on or before September 16, 2019.

STIPULATED MOTION AND ORDER TO EXTEND
BOEING'S RESPONSIVE PLEADING DEADLINE
(No. 19-CV-956-TSZ) - 1

**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, N.W.,
Washington, DC 20004
+1.202.739.3000

4. Under Federal Rule of Civil Procedure 12(a)(4)(A), however, Boeing understands that its current deadline to file a responsive pleading to Plaintiff's operative complaint is September 9, 2019, which is before the deadline by which Plaintiff must decide whether to amend.

5. For efficiency's sake, the Parties agree that Boeing's deadline to respond to the complaint be extended to September 30, 2019—*i.e.*, 14 days after the deadline for Plaintiff to file an amended complaint. If Plaintiff files such an amended complaint, Boeing will answer or otherwise respond to the amended complaint. If Plaintiff elects not to file an amended complaint, Boeing will answer or otherwise respond to the remaining claims in Plaintiff's original complaint.

THEREFORE, the Parties join in asking the Court to set Boeing's deadline to answer or otherwise respond to Plaintiff's complaint as September 30, 2019.

DATED this 5th day of September, 2019.

By: *s/ Rodney R. Moody (with permission)*
Rodney R. Moody, WSBA #17416
Law Offices of Rodney R. Moody
2707 Colby Ave., Suite 603
Everett, WA 98201
Phone: +1.425.740.2940
Fax: +1.425.740.2941
rmoody@rodneymoodylaw.com

*Attorneys for Plaintiff Daniel Leonard*

By: *s/ Matthew J. Sharbaugh*
Matthew J. Sharbaugh (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: 202-739-3000
matthew.sharbaugh@morganlewis.com

STIPULATED MOTION AND ORDER TO EXTEND
BOEING'S RESPONSIVE PLEADING DEADLINE
(No. 19-CV-956-TSZ) - 2

**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, N.W.,
Washington, DC 20004
+1.202.739.3000

Christopher J. Banks (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Phone: 415-442-1000
christopher.banks@morganlewis.com

*s/ Laurence A. Shapero*
Laurence A. Shapero, WSBA #31301
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Tel: (206) 876-5301
Fax: (206) 693-7058
laurence.shapero@ogletree.com

***Attorneys for Defendant The Boeing Company***

**PURSUANT TO STIPULATION, IT IS ORDERED** that Defendant's deadline to answer or otherwise respond to Plaintiff's complaint is within 14 days of the filing of any amended complaint, or, if no amended complaint or responsive pleading is filed, by September 30, 2019.

DATED this 9th day of September, 2019.

*/s/ Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND
BOEING'S RESPONSIVE PLEADING DEADLINE
(No. 19-CV-956-TSZ) - 3

**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, N.W.,
Washington, DC 20004
+1.202.739.3000